**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00476-RMR-MEH

NAMRTA SINGH,

Plaintiff,

v.

NORTHWOOD HOSPITALITY LLC,

Defendant.

---

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

---

The parties, by and through their respective counsel of record, hereby submit this Stipulation for Voluntary Dismissal of Case with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her or its own attorneys' fees and costs.

Respectfully submitted this 17th day of November, 2023.

LOWREY PARADY LEBACK, LLC

*s/ Mary Jo Lowrey*
Mary Jo Lowrey
Sara Maeglin
1490 N. Lafayette Street, Suite 304
Denver, Colorado 80218
Telephone: (303) 593-2595
maryjo@lowrey-parady.com
sm@lowrey-parady.com

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*s/ Melisa H. Panagakos*
Melisa H. Panagakos
Emely Y. Garcia
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Melisa.Panagakos@jacksonlewis.com
Emely.Garcia@jacksonlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of November, 2023, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** was served via CM/ECF e-service on all counsel of record.

*s/ Carol Allen*
Carol Allen